1    SNELL & WILMER L.L.P.
     Michael B. Reynolds, Bar No. 174534
2    mreynolds@swlaw.com
     Andrew B. Still, Bar No. 312444
3    astill@swlaw.com
     600 Anton Blvd, Suite 1400
4    Costa Mesa, California 92626-7689
     Telephone:     714.427.7000
5    Facsimile:     714.427.7799

6    Attorneys for Debtor
     Ahmad Malkawi
7

8                    UNITED STATES BANKRUPTCY COURT

9            CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11   In re:                                   Case No. 8:15-bk-10182-MW

12   AHMAD MALKAWI,                            Chapter 7

13              Debtor.                        **Declaration of Debtor Ahmad Malkawi
                                               in Support of:**
14
                                              **A.   Motion to Reconsider or Vacate
15                                                   Ruling Reopening Case or, in the
                                                     Alternative, to Close Case; and**
16
                                              **B.   Opposition to Chapter 7 Trustee's
17                                                   Motion for Order: (1) Authorizing
                                                     Sale of Personal Property Assets
18                                                   Free and Clear of Liens and
                                                     Interests Pursuant to 11 U.S.C. §§
19                                                   363(b) and (f); (2) Approving
                                                     Overbid Procedures; and
20                                                   (3) Approving Proposed Buyer as
                                                     Good Faith Purchaser Pursuant to
21                                                   11 U.S.C. § 363(m)**

22

23

24

25

26

27

28

4831-4686-2523
                              - 1 -            DECLARATION OF DEBTOR
                                              AHMAD MALKAWI

I, Ahmad Malkawi, declare as follows:

1.      I am the debtor in the above-captioned bankruptcy case.  I make this declaration in support of my: (A) Motion to Reconsider or Vacate Ruling Reopening Case or, in the Alternative, to Close Case ("Motion to Vacate"); and (B) Opposition to Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Personal Property Assets Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Proposed Buyer as Good Faith Purchaser Pursuant to 11 U.S.C. § 363(m) ("Sale Motion").  Except where indicated, I have personal knowledge of the matters set forth herein, or I have learned those matters by examining public records, and the business records of Global Telecom Corp. and Global Telecom Engineering, Inc. (collectively, "Global Telecom" and/or "Global"), which records are made and kept in the ordinary course of Global Telecom's business by Global Telecom personnel the ordinary course and scope of whose job or jobs it is to record such facts substantially contemporaneously with the transaction or occurrence that is recorded.  If called upon to do so, I could and would competently testify to the truth of the matters set forth herein.

2.      On or about July 18, 2011, I caused Global Telecom to be incorporated in the State of California.  Global Telecom was authorized to issue 1,000 shares of common stock.

3.      On or about August 4, 2011, I obtained 490 shares of Global Telecom – representing a 49% interest therein.  A true and correct copy of the share certificate representing this transaction is attached hereto as **Exhibit 1** and incorporated herein by this reference.

4.      On or about August 4, 2011, my wife, Andrada Costoiu, obtained 510 shares of Global Telecom – representing a 51% interest therein.  A true and correct copy of the share certificate representing this transaction is attached hereto as **Exhibit 2** and incorporated herein by this reference.

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

DECLARATION OF DEBTOR
AHMAD MALKAWI

1       5.     After a default judgment was entered against me in Minnesota state court in 2013,

2    I filed the above-captioned chapter 7 bankruptcy case to obtain a fresh start.

3

4       6.     I filed this case without an attorney.  I completed my schedules and statement of

5    financial affairs to the best of my ability.  In my schedules, I disclosed, among other things, my

6    49% interest in Global Telecom.  Based on my knowledge of Global Telecom's assets and

7    business, I valued my 490 shares of stock in Global Telecom at $700, which I believed to be a

8    true and accurate estimate, given the lack of a real market for the shares.  I also disclosed the fact

9    that I was married, by including my wife on my Schedule J.  However, I also mistakenly checked

10    the "none" box on section 16 of my statement of financial affairs based on my belief that this box

11    applied to former spouses or marriages from other states.  I now understand, based on

12    consultation with counsel, that my pro per response in section 16 of my statement of financial

13    affairs was incorrect.

14

15       7.     After filing this case, I engaged a personal friend, a lawyer from the State of

16    Illinois, Zuhair Nubani, to represent me in this bankruptcy case.

17

18       8.     Based on information provided to me, I recall that the first 341(a) Meeting of

19    Creditors ("341(a) Meeting") was held on February 25, 2015.

20

21       9.     I attended the 341(a) Meeting held on February 25, 2015.

22

23      10.    At the 341(a) Meeting, the chapter 7 trustee (the "Trustee") requested that I

24    provide him certain information relating to Global Telecom.  Specifically, the Trustee requested

25    (i) the name and address of the 51% owner of Global Telecom, (ii) Global Telecom's tax returns,

26    and (iii) Global Telecom's bank account statements.

27

28

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

11.    I provided the Trustee with, among other things:

      a.    Global Telecom's bank statements from the entire year of 2014, as well as the months of January and February 2015. Attached hereto as **Exhibit 3** is a true and correct copy of the email correspondence between me and the Trustee's office. Attached hereto as **Exhibit 4** are the bank statements I provided to the Trustee;

      b.    Global Telecom's tax returns for the years 2012 and 2013. Attached hereto as **Exhibit 5** is a true and correct copy of the screenshot of the documents I uploaded to the Trustee's Document Upload Portal. I have not attached the corporate tax returns but, if requested by the Court, I would be willing to provide them under seal; and

      c.    My and my wife's joint tax returns for the years 2011-2014, which disclose my wife's name and address. I have not attached them but, if requested by the Court, would be willing to submit them under seal.

12.    The documents I provided to the Trustee, as well as communications from my attorney, showed the full capitalization of Global Telecom and the basis for my valuation of my 490 shares.

13.    The 341(a) Meeting was continued multiple times.

14.    I attended each continued 341(a) Meeting.

15.    It is my understanding that the 341(a) Meeting was continued so that I could provide information to the Trustee that he requested of me. It is also my understanding that,

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

DECLARATION OF DEBTOR
AHMAD MALKAWI

1    during the pendency of the 341(a) Meeting, the Trustee was evaluating my estate, and whether

2    Global Telecom had any value worth administering.

3

4        16.    On or about January 3, 2018, I acquired from my wife the other 510 shares of

5    Global Telecom.  A true and correct copy of the share certificate representing this transaction is

6    attached hereto as **Exhibit 2** and incorporated herein by this reference.

7

8        17.    On or about October 2, 2018, Global Telecom completed a "reverse merger"

9    wherein Global Telecom was merged into Global Telecom Engineering, Inc., a Delaware

10   corporation ("Global Engineering").

11

12       18.    I own approximately 87% of the outstanding Global Engineering shares.

13

14       19.    In my deposition in connection with Global Telecom's lawsuit against Seowon

15   Intech Co., Ltd. ("Seowon"), held on April 5, 2019, I testified that, while I was initially a 49%

16   owner of Global Telecom, I did not acquire the remaining 51% until 2018.  In this deposition,

17   Seowon's lawyers questioned me about the bankruptcy case and my schedules.

18

19       20.    Global Telecom's calculation of damages in the Civil Action is at least $14 million

20   (not counting any award for punitive and exemplary damages).

21

22       I declare under penalty of perjury under the laws of the United States that the foregoing is

23   true and correct.  Executed this 26th day of April 2020 at  127 roadrnner irvine,  , California.

24

25

26       Ahmad Malkawi

27

28

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

DECLARATION OF DEBTOR
AHMAD MALKAWI

# Exhibit 1



**STATES** **490**

GLOBAL TELECOM, CORP

NUMBER 1

This Certifies that ——————AHMAD MALKAWI———— is the registered holder of FOUR HUNDRED NINETY (490) ————————— Shares of the above named Corporation, transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this —————4th————— day ——————— of ———August——— A.D. 2011————

Ahmad Malkawi, President

Andrada Costoiu, Secretary

- 7 -

*For Value Received____hereby sell, assign and transfer unto* _____
_____ *Shares*
*represented by the within Certificate, and do hereby irrevocably constitute and appoint*
_____ *Attorney*
*to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.*
*Dated*_____, _____.
*In presence of*
_____    _____

*NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.*

# RECEIPT
# FOR
# PAYMENT OF SHARES

Global Telecom, Corp hereby acknowledges receipt of the sum of Four Hundred Ninety

Dollars ($490.00) from Ahmad Malkawi which constitutes payment in full for the Four Hundred

Ninety (490) shares of common stock of Global Telecom, Corp represented by Certificate No. 1

issued to Ahmad Malkawi.

Dated:  August 4, 2011                      Global Telecom Corp,
                                            a California corporation

                                            By: _____
                                                  Ahmad Malkawi, President

8948.0001.ReceiptForShares.310.docx

# Exhibit 2



NUMBER

2

**SHARES**

\*\*510\*\*

GLOBAL TELECOM, CORP

This Certifies that ————————————ANDRADA COSTOIU———————— is the
registered holder of  FIVE HUNDRED TEN (510) ————————————————— Shares
of the above named Corporation, transferable only on the books of the Corporation by the
holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed
this _____ 4th _____ day _____ of _____ August _____ A.D. _____ 2011 _____

Ahmad Malkawi, President

Andrada Costoiu, Secretary

*For Value Received* I *hereby sell, assign and transfer*

*unto* AHMAD MALKAWI ------------------------------------

FIVE HUNDRED TEN (510) --------------------- *Shares*

*represented by the within Certificate, and do hereby*

*irrevocably constitute and appoint*

-----------AHMAD MALKAWI----------------------*Attorney*

*to transfer the said Stock on the books of the within named*

*Corporation with full power of substitution in the premises.*

*Dated*_____ January 3, _____, __2018___.

*In presence of*

Costoiu Andrada

Andrada Costoiu

NOTICE. THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

# RECEIPT
# FOR
# PAYMENT OF SHARES

Global Telecom, Corp hereby acknowledges receipt of the sum of Five Hundred Ten Dollars ($510.00) from Andrada Costoiu which constitutes payment in full for the Five Hundred Ten (510) shares of common stock of Global Telecom, Corp represented by Certificate No. 2 issued to Andrada Costoiu.

Dated: August 4, 2011

Global Telecom Corp,
a California corporation

By: _____

Ahmad Malkawi, President

8948.0001.ReceiptForSharesCostoiu.310.docx

# DECLARATION OF GIFT

I, Andrada Costoiu, hereby assign and transfer all of my Five Hundred and Ten (510) shares of stock of Global Telecom, Corp, a California corporation, represented by the attached certificate number 2, to my husband, Ahmad Malkawi, as a gift out of love and affection causing Ahmad Malkawi to own all of the One Thousand (1,000) authorized and issued shares of stock of Global Telecom, Corp, a California corporation.

Dated:   January 3, 2018.

_____
Andrada Costoiu

I, Ahmad Malkawi, hereby accept this gift from my wife, Andrada Costoiu.

Dated:   January 3, 2018.

_____
Ahmad Malkawi

8948.0001.DeclarationOfGift.310.docx

# Exhibit 3

| **From:** | Reynolds, Michael |
|---|---|
| **Sent:** | Monday, February 24, 2020 11:01 AM |
| **To:** | Still, Andrew |
| **Subject:** | FW: global telecom corp bank statement |
| **Attachments:** | Statement_1_30_2015.pdf; Statement_2_27_2015.pdf; Statement_3_31_2014.pdf; Statement_4_30_2014.pdf; Statement_5_30_2014.pdf; Statement_6_30_2014.pdf; Statement_7_31_2014.pdf; Statement_8_29_2014.pdf; Statement_9_30_2014.pdf; Statement_10_31_2014.pdf; Statement_11_28_2014.pdf; Statement_12_31_2014.pdf |

**Importance:**    High

FYI

Michael B. Reynolds
Snell & Wilmer L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
ph:  (714) 427-7027
fax: (714) 427-7799

The contents of this e-mail message, including any attachments, are intended solely for the use of the person or entity to which the e-mail was addressed.  It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges or protections, and may be restricted from disclosure by applicable laws.  If you are not the intended recipient of this message, any dissemination, distribution, or use of the contents of this message is strictly prohibited.  If you received this e-mail message in error, please e-mail the sender by reply e-mail.  Please also permanently delete all copies of the original e-mail and any attached documentation.  Thank you.

**From:** A Malkawi <amalkawi@glob-tel.com>
**Sent:** Sunday, February 23, 2020 10:43 PM
**To:** Reynolds, Michael <mreynolds@swlaw.com>
**Subject:** FW: global telecom corp bank statement
**Importance:** High

**[EXTERNAL]**

Michael
This email was sent directly to Jennifer Gregory.  This include information that they asked for.

I am looking further in document to find more filed information


Sincerely,



**Ahmad Malkawi**
**Chief Executive Officer**
Mobile:  +1 (949) 547-4472
Office:  +1 (949) 392-8393
Email:  amalkawi@glob-tel.com
Online:  www.GlobalTelecomUS.com
LinkedIn:  www.linkedin.com/in/AhmadMalkawiGT
Twitter (personal):  https://protect-us.mimecast.com/s/_ulwC5yMkquW1RAnfx_hqd?domain=twitter.com
Twitter (company):  https://protect-us.mimecast.com/s/uErnC68MlrsGJMX3tL0XuP?domain=twitter.com

*Global Telecom engineers hardware, software and AI solutions that enable a reliable and secure Internet of Things.*

This electronic mail message and any attached file(s) contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.  In addition to the foregoing, to comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. Federal tax advice contained in the text of this e-mail is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code

**From:** Ahmad Malkawi <amalkawi@glob-tel.com>
**Date:** Monday, March 30, 2015 at 10:54 AM
**To:** "jennifer-gregory@sbcglobal.net" <jennifer-gregory@sbcglobal.net>
**Cc:** Zuhair Nubani <zuhair.nubani@gmail.com>
**Subject:** global telecom corp bank statement

Dear Jennifer,
I have just spoke with my attorney Zuhair Noubani.  He informed me that we need to give you the global telecom corp bank statements.
  I am attaching the statements for the last 12 months.

Please confirm that you have received them.

Also, would you please let me know there are any additional information that we need to provide.

Thank you
Ahmad Malkawi
949-232-5341

# Exhibit 4



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

GLOBAL TELECOM CORP
GENERAL
127 ROADRUNNER
IRVINE CA 92603-0161

 X

| | |
|---|---|
| **Statement Date** | 3/31/2014 |
| **Page** | 1 of 5 |

## Important Customer Information

Let First Bank Home Mortgage let your dream of home ownership come true. Whatever you're dreaming
of, First Bank Home Mortgage has the solution for you. Visit one of our branch locations to be
introduced to a Home Loan consultant or http://www.firstbankmortgage.com/
Equal Housing Lender

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ■■■■■ | $2.89 | |
| **Deposit Total** | | $2.89 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 5

Lead Account ▮▮▮▮▮▮

## SMALL BUSINESS CHECKING  # ▮▮▮▮▮▮

| Previous Statement Balance as of 2/28/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 3/31/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 85,576.93 | 5 | $ 7,146.00 | $ .00 | N/A | 41 | $ 92,720.04 | $ 2.89 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 03-07 | SEOWON INTECH CO., LTD. | $ 582.00 |
| 03-13 | CHECKING DEPOSIT | $ 5184.00 |
| 03-20 | CREDIT MEMO | $ 80.00 |
| 03-20 | ▮▮▮▮▮▮ | $ 300.00 |
| 03-24 | CHECKING DEPOSIT | $ 1000.00 |

### Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 1162 | 03/24 | $20.00 | 1245 | 03/11 | $60.00 |
| 1164 * | 03/17 | $2,300.00 | 1246 | 03/06 | $120.00 |
| 1166 * | 03/14 | $77,700.00 | 1247 | 03/14 | $450.00 |
| 1180 * | 03/21 | $60.00 | 1248 | 03/18 | $52.00 |
| 1241 * | 03/03 | $200.00 | 1249 | 03/11 | $1,202.05 |
| 1242 | 03/07 | $90.00 | 1250 | 03/14 | $60.00 |
| 1244 * | 03/18 | $20.00 | | | |

\* Indicates non-consecutive check number or a debit transaction without a serial number

### Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 03-03 | ▮▮▮▮▮▮ | $ 1000.00- |
| 03-03 | ▮▮▮▮▮▮ | $ 1500.00- |
| 03-04 | ▮▮▮▮▮▮ | $ 700.00- |
| 03-07 | HOSTWAY.COM    8664678929 ID:        03/07/14 Ahmad Malkawi | $ 83.10- |
| 03-10 | ▮▮▮▮▮▮ | $ 30.00- |
| 03-10 | ▮▮▮▮▮▮ | $ 60.00- |
| 03-10 | ▮▮▮▮▮▮ | $ 100.00- |
| 03-10 | ▮▮▮▮▮▮ | $ 100.00- |
| 03-10 | COX COMM ORG    BANKDRAFT ID: 33304261130600103/10/14 NAME: Ahmad Malkawi | $ 168.73- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 5

Lead Account ███████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 03-11 | ████████████████ | $ 100.00- |
| 03-11 | ████████████████ | $ 1100.00- |
| 03-11 | Feb Serv Chg | $ 27.00- |
| 03-12 | ████████████████ | $ 60.00- |
| 03-12 | PAYPAL        TRANSFER<br>ID: 47YJ27W6DETEY  03/12/14<br>NAME: AHMAD MALKAWI | $ 50.00- |
| 03-13 | ████████████████ | $ 30.00- |
| 03-13 | ████████████████ | $ 78.00- |
| 03-13 | ████████████████ | $ 100.00- |
| 03-14 | PAYPAL        TRANSFER<br>ID: 47YJ27WCY94AN  03/14/14<br>NAME: AHMAD MALKAWI | $ 150.00- |
| 03-17 | ████████████████ | $ 3600.00- |
| 03-19 | THE GAS COMPANY  PAID SCGC<br>ID: 0808722455     03/18/14<br>NAME: 1394856991402 | $ 70.57- |
| 03-20 | FEE-PAID ITEM<br>REASON: OVERDRAFT FUNDS | $ 35.00- |
| 03-24 | ████████████████ | $ 50.00- |
| 03-24 | ████████████████ | $ 210.00- |
| 03-24 | ████████████████ | $ 500.00- |
| 03-25 | T-MOBILE IVR    PCS SVC<br>ID: 6085681      03/25/14<br>NAME: ANDRADA COSTOIU | $ 193.30- |
| 03-26 | ████████████████ | $ 200.00- |
| 03-27 | ████████████████ | $ 20.00- |
| 03-27 | SO CAL EDISON CO BILL PAYMT<br>ID: 280043035    03/27/14<br>NAME: Global telecom | $ 70.29- |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-28 | $ 85576.93 | 03-03 | $ 82876.93 | 03-04 | $ 82176.93 |
| 03-06 | $ 82056.93 | 03-07 | $ 82465.83 | 03-10 | $ 82007.10 |
| 03-11 | $ 79518.05 | 03-12 | $ 79408.05 | 03-13 | $ 84384.05 |
| 03-14 | $ 6024.05 | 03-17 | $ 124.05 | 03-18 | $ 52.05 |
| 03-19 | $ 18.52- | 03-20 | $ 326.48 | 03-21 | $ 266.48 |
| 03-24 | $ 486.48 | 03-25 | $ 293.18 | 03-26 | $ 93.18 |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

4 of 5

Lead Account ████████

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-27 | $ 2.89 | | | | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

5 of 5

Lead Account ████████

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next. Insurance products are NOT FDIC insured, No Bank
Guarantee and May Lose Value

Whatever your heart desires, whether it is to build it, buy it or repair it, let First Bank help
with a Home Equity Line of Credit. Visit your local branch location for more information on our
special offers or www.firstbanks.com. Equal Housing Lender



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828


X

**GLOBAL TELECOM CORP**
**GENERAL ACCOUNT**
**127 ROADRUNNER**
**IRVINE CA 92603**

| | |
|---|---|
| **Statement Date** | 4/30/2014 |
| **Page** | 1 of 4 |

| Important Customer Information |
|---|

Are you ready to have financial peace of mind, fast funds whenever you need them, and a smart, simple way to pay for virtually anything your heart desires? Visit your local branch location for more information on our special Home Equity Line of Credit offer or www.firstbanks.com. Equal Housing Lender

| Relationship Summary |
|---|

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ████████ | $4.02 | |
| **Deposit Total** | | $4.02 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 4

Lead Account ▉▉▉▉▉▉

## SMALL BUSINESS CHECKING  # ▉▉▉▉▉▉

| Previous Statement Balance as of 3/31/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 4/30/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 2.89 | 11 | $ 8,782.00 | $ .00 | N/A | 23 | $ 8,780.87 | $ 4.02 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 04-01 | CHECKING DEPOSIT | $ 368.00 |
| 04-02 | CHECKING DEPOSIT | $ 4940.00 |
| 04-07 | CHECKING DEPOSIT | $ 1000.00 |
| 04-07 | PAYPAL        TRANSFER ID: 47YJ27Y5YNDR8  04/07/14 NAME: AHMAD MALKAWI | $ 400.00 |
| 04-10 | ▉▉▉▉▉▉ | $ 80.00 |
| 04-11 | CHECKING DEPOSIT | $ 1000.00 |
| 04-11 | ▉▉▉▉▉▉ | $ 20.00 |
| 04-17 | PAYPAL        TRANSFER ID: 47YJ27Z5S8QMJ  04/17/14 NAME: AHMAD MALKAWI | $ 164.00 |
| 04-23 | ▉▉▉▉▉▉ | $ 200.00 |
| 04-30 | ▉▉▉▉▉▉ | $ 575.00 |
| 04-30 | ▉▉▉▉▉▉ | $ 35.00 |

### Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 99 | 04/11 | $1,000.00 | 1169 * | 04/22 | $25.00 |
| 1167 * | 04/09 | $80.00 | 1170 | 04/22 | $25.00 |

* Indicates non-consecutive check number or a debit transaction without a serial number

### Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 04-01 | ▉▉▉▉▉▉ | $ 100.00- |
| 04-02 | ▉▉▉▉▉▉ | $ 50.00- |
| 04-02 | ▉▉▉▉▉▉ | $ 200.00- |
| 04-02 | PLENTIFUL SKY INTERNATIONAL LI | $ 4940.00- |
| 04-04 | ▉▉▉▉▉▉ | $ 19.00- |
| 04-07 | ▉▉▉▉▉▉ | $ 300.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 4

Lead Account ██████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 04-07 | ███████████████████████ | $ 900.00- |
| 04-07 | ELITE FITNESS TA EDI PYMNTS | $ 90.00- |
|  | ID: 1769271    04/07/14 |  |
|  | NAME: COSTOIU, ANDRADA |  |
| 04-08 | HOSTWAY.COM    8664678929 | $ 83.10- |
|  | ID:          04/08/14 |  |
|  | Ahmad Malkawi |  |
| 04-09 | Mar Serv Chg | $ 12.00- |
| 04-10 | FEE-PAID ITEM  000000000001167 | $ 35.00- |
|  | REASON: OVERDRAFT FUNDS |  |
| 04-17 | ████████████████████████ | $ 160.00- |
| 04-21 | ████████████████████████ | $ 4.50- |
| 04-23 | HARLAND CLARKE   CHK ORDER | $ 32.27- |
|  | ID: 0SZG768303052F204/23/14 |  |
|  | NAME: GLOBAL TELECOM CORP |  |
| 04-23 | FEE-PAID ITEM  000000000001169 | $ 35.00- |
|  | REASON: OVERDRAFT FUNDS |  |
| 04-23 | FEE-PAID ITEM  000000000001170 | $ 35.00- |
|  | REASON: OVERDRAFT FUNDS |  |
| 04-28 | PAYPAL        TRANSFER | $ 20.00- |
|  | ID: 47YJ27ZYK9F8C  04/28/14 |  |
|  | NAME: AHMAD MALKAWI |  |
| 04-29 | PAYPAL        TRANSFER | $ 600.00- |
|  | ID: 47YJ2825MSGK2  04/29/14 |  |
|  | NAME: AHMAD MALKAWI |  |
| 04-30 | FEE-PAID ITEM | $ 35.00- |
|  | REASON: OVERDRAFT FUNDS |  |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-31 | $ 2.89 | 04-01 | $ 270.89 | 04-02 | $ 20.89 |
| 04-04 | $ 1.89 | 04-07 | $ 111.89 | 04-08 | $ 28.79 |
| 04-09 | $ 63.21- | 04-10 | $ 18.21- | 04-11 | $ 1.79 |
| 04-17 | $ 5.79 | 04-21 | $ 1.29 | 04-22 | $ 48.71- |
| 04-23 | $ 49.02 | 04-28 | $ 29.02 | 04-29 | $ 570.98- |
| 04-30 | $ 4.02 |  |  |  |  |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**
4 of 4

Lead Account ████████████

Let First Bank Home Mortgage let your dream of home ownership come true. Whatever you're dreaming of, First Bank Home Mortgage has the solution for you. Visit one of our branch locations to be introduced to a Home Loan consultant or http://www.firstbankmortgage.com/
Equal Housing Lender

What is your retirement strategy?  Visit your nearest branch location or www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road to retirement and wherever life takes you next. Insurance products are NOT FDIC insured, No Bank Guarantee and May Lose Value.



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**GLOBAL TELECOM CORP**
**GENERAL ACCOUNT**
**127 ROADRUNNER**
**IRVINE CA 92603**

X


| | |
|---|---|
| **Statement Date** | 5/31/2014 |
| **Page** | 1 of 4 |

| Important Customer Information |
|---|

Are you ready to have financial peace of mind, fast funds whenever you need them, and a smart, simple way to pay for virtually anything your heart desires? Visit your local branch location for more information on our special Home Equity Line of Credit offer or www.firstbanks.com. Equal Housing Lender

Let First Bank Home Mortgage let your dream of home ownership come true. Whatever you're dreaming of, First Bank Home Mortgage has the solution for you. Visit one of our branch locations to be introduced to a Home Loan consultant or http://www.firstbankmortgage.com/ Equal Housing Lender

| Relationship Summary |
|---|

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ███████ | $98.89 | |
| **Deposit Total** | | $98.89 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 4

Lead Account ███████

| SMALL BUSINESS CHECKING  # ████████ |
|---|

| Previous Statement Balance as of 4/30/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 5/31/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 4.02 | 8 | $ 31,374.45 | $ .00 | N/A | 18 | $ 31,279.58 | $ 98.89 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 05-05 | ██████████████████ | $ 120.00 |
| 05-05 | | $ 5.00 |
| 05-07 | VONAGE AMERICA   VONAGE ID: 0463153     05/06/14 NAME: AHMAD *MALKAWI | $ 91.35 |
| 05-08 | HOSTWAY.COM    8664678929 ID:          05/07/14 Ahmad Malkawi | $ 83.10 |
| 05-16 | CHECKING DEPOSIT | $ 3149.00 |
| 05-19 | ██████████████████ | $ 20.00 |
| 05-20 | CHECKING DEPOSIT | $ 12000.00 |
| 05-23 | CHECKING DEPOSIT | $ 15906.00 |

## Numerical Check Listing

| Check # | Date | Amount | | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| 1171 | 05/19 | $2,300.00 | | | | |

\* Indicates non-consecutive check number or a debit transaction without a serial number

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 05-05 | ELITE FITNESS TA EDI PYMNTS ID: 1769271     05/05/14 NAME: COSTOIU, ANDRADA | $ 90.00- |
| 05-06 | VONAGE AMERICA   VONAGE ID: 0463153     05/06/14 NAME: AHMAD *MALKAWI | $ 91.35- |
| 05-07 | HOSTWAY.COM    8664678929 ID:          05/07/14 Ahmad Malkawi | $ 83.10- |
| 05-07 | FEE-RTND ITEM REASON: OVERDRAFT FUNDS | $ 35.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 4

Lead Account ███████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 05-08 | FEE-RTND ITEM | $ 35.00- |
| | REASON: OVERDRAFT FUNDS | |
| 05-09 | Apr Serv Chg | $ 75.13- |
| 05-19 | ████████████████ | $ 35.00- |
| 05-19 | ████████████████ | $ 100.00- |
| 05-19 | ████████████████ | $ 600.00- |
| 05-20 | ████████████████ | $ 350.00- |
| 05-21 | SEOWON INTECH CO., LTD | $ 11615.00- |
| 05-22 | ████████████████ | $ 58.00- |
| 05-23 | ████████████████ | $ 90.00- |
| 05-27 | ████████████████ | $ 100.00- |
| 05-27 | ████████████████ | $ 200.00- |
| 05-27 | ████████████████ | $ 15400.00- |
| 05-27 | PAYPAL     TRANSFER | $ 22.00- |
| | ID: 47YJ284B5LKL8  05/27/14 | |
| | NAME: AHMAD MALKAWI | |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | $ 4.02 | 05-05 | $ 39.02 | 05-06 | $ 52.33- |
| 05-07 | $ 79.08- | 05-08 | $ 30.98- | 05-09 | $ 106.11- |
| 05-16 | $ 3042.89 | 05-19 | $ 27.89 | 05-20 | $ 11677.89 |
| 05-21 | $ 62.89 | 05-22 | $ 4.89 | 05-23 | $ 15820.89 |
| 05-27 | $ 98.89 | | | | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

4 of 4

Lead Account

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next. Insurance products are NOT FDIC insured, No Bank
Guarantee and May Lose Value



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

 X

GLOBAL TELECOM CORP
GENERAL ACCOUNT
127 ROADRUNNER
IRVINE CA 92603

| | |
|---|---|
| Statement Date | 6/30/2014 |
| Page | 1 of 4 |

---

## Important Customer Information

Let First Bank Home Mortgage let your dream of home ownership come true. Whatever you're dreaming of, First Bank Home Mortgage has the solution for you. Visit one of our branch locations to be introduced to a Home Loan consultant or http://www.firstbankmortgage.com/ Equal Housing Lender

Start accepting credit cards from your customers today!  Sign up for merchant services by August 15th and receive a credit of up to $100 off of your first three months of processing fees. Contact your local branch today for details.

---

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ▬▬▬▬ | $199.24 | |
| **Deposit Total** | | $199.24 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 4

Lead Account ▮▮▮▮▮▮▮

| SMALL BUSINESS CHECKING # ▮▮▮▮▮▮ |
|---|

| Previous Statement Balance as of 5/31/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 6/30/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 98.89 | 13 | $ 65,458.50 | $ .00 | N/A | 23 | $ 65,358.15 | $ 199.24 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 06-05 | SEOWON INTECH MEA FZE | $ 10420.75 |
| 06-05 | DISCOVERYTEL GHANA LIMITED | $ 6175.00 |
| 06-05 | | $ 7.00 |
| 06-06 | | $ 4200.00 |
| 06-10 | | $ 2000.00 |
| 06-10 | | $ 100.00 |
| 06-10 | | $ 50.00 |
| 06-11 | | $ 10700.00 |
| 06-11 | | $ 3968.00 |
| 06-12 | SEOWON INTECH CO., LTD. | $ 2032.00 |
| 06-16 | CHECKING DEPOSIT | $ 11585.00 |
| 06-19 | SEOWON INTECH MEA FZE | $ 10420.75 |
| 06-25 | | $ 3800.00 |

## Numerical Check Listing

| Check # | Date | Amount | | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| 99 | 06/11 | $10,700.00 | | 1173 | 06/16 | $2,000.00 |
| 1172 * | 06/09 | $4,085.00 | | 2460 * | 06/19 | $140.00 |

* Indicates non-consecutive check number or a debit transaction without a serial number

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 06-03 | HOSTWAY.COM    8664678929<br>ID:    06/03/14<br>Ahmad Malkawi | $ 12.95- |
| 06-05 | | $ 10000.00- |
| 06-05 | ELITE FITNESS TA EDI PYMNTS<br>ID: 1769271    06/05/14<br>NAME: COSTOIU, ANDRADA | $ 90.00- |
| 06-06 | | $ 6000.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 4

Lead Account ███████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 06-06 | COX COMM ORG    BANKDRAFT<br>ID: 33304261130600106/06/14<br>NAME: Ahmad Malkawi | $ 70.00- |
| 06-06 | HOSTWAY.COM    8664678929<br>ID:        06/06/14<br>Ahmad Malkawi | $ 70.15- |
| 06-06 | PAYPAL        TRANSFER<br>ID: 47YJ285392RC2 06/06/14<br>NAME: AHMAD MALKAWI | $ 360.00- |
| 06-09 | HOSTWAY.COM    8664678929<br>ID:        06/09/14<br>Ahmad Malkawi | $ 83.10- |
| 06-10 | EFBOARDOFEQUALIZ BOE E-FILE<br>ID:    0005294007206/10/14<br>NAME: GLOBAL TELECOM CORP | $ 178.90- |
| 06-10 | May Serv Chg | $ 55.17- |
| 06-11 | ASIAN CREATION COMMUNICATION C | $ 3997.50- |
| 06-12 | ████████████████████ | $ 1500.00- |
| 06-12 | HOSTWAY.COM    8664678929<br>ID:        06/12/14<br>Ahmad Malkawi | $ 17.95- |
| 06-16 | SEOWON INTECH CO LTD | $ 11585.00- |
| 06-17 | SO CAL EDISON CO BILL PAYMT<br>ID: 280043035    06/17/14<br>NAME: Ahmad Malkawi | $ 100.00- |
| 06-18 | ████████████████████ | $ 200.00- |
| 06-19 | ████████████████████ | $ 10000.00- |
| 06-26 | ASIAN CREATION COMMUNICATION C | $ 4006.50- |
| 06-30 | T-MOBILE IVR    PCS SVC<br>ID: 5592499    06/30/14<br>NAME: ANDRADA COSTOIU | $ 105.93- |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-31 | $ 98.89 | 06-03 | $ 85.94 | 06-05 | $ 6598.69 |
| 06-06 | $ 4298.54 | 06-09 | $ 130.44 | 06-10 | $ 2046.37 |
| 06-11 | $ 2016.87 | 06-12 | $ 2530.92 | 06-16 | $ 530.92 |
| 06-17 | $ 430.92 | 06-18 | $ 230.92 | 06-19 | $ 511.67 |
| 06-25 | $ 4311.67 | 06-26 | $ 305.17 | 06-30 | $ 199.24 |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

4 of 4

Lead Account

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next. Insurance products are NOT FDIC insured, No Bank
Guarantee and May Lose Value.



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

GLOBAL TELECOM CORP
GENERAL ACCOUNT
127 ROADRUNNER
IRVINE CA 92603

X


| | |
|---|---|
| **Statement Date** | 7/31/2014 |
| **Page** | 1 of 4 |

## Important Customer Information

Let First Bank Home Mortgage let your dream of home ownership come true. Whatever you're dreaming of, First Bank Home Mortgage has the solution for you. Visit one of our branch locations to be introduced to a Home Loan consultant or http://www.firstbankmortgage.com/ Equal Housing Lender

Start accepting credit cards from your customers today!  Sign up for merchant services by August 15th and receive a credit of up to $100 off of your first three months of processing fees. Contact your local branch today for details.

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ▅▅▅▅▅ | $4,724.03 | |
| **Deposit Total** | | $4,724.03 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 4

Lead Account ██████████

| SMALL BUSINESS CHECKING  # ███████████ |
|---|

| Previous Statement Balance as of 6/30/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 7/31/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 199.24 | 4 | $ 31,878.00 | $ .00 | N/A | 26 | $ 27,353.21 | $ 4,724.03 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 07-09 | CREDIT MEMO | $ 600.00 |
| 07-11 | ██████████████ | $ 16203.00 |
| 07-15 | | $ 600.00 |
| 07-21 | AIRSPAN NETWORKS ISRAEL LTD | $ 14475.00 |

## Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 1175 | 07/01 | $75.00 | 2603 * | 07/16 | $2,270.00 |
| 2601 * | 07/15 | $400.00 | 2604 | 07/23 | $3,000.00 |

\* Indicates non-consecutive check number or a debit transaction without a serial number

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 07-07 | ELITE FITNESS TA EDI PYMNTS<br>ID: 1769271    07/07/14<br>NAME: COSTOIU, ANDRADA | $ 90.00- |
| 07-08 | HOSTWAY.COM    8664678929<br>ID:    07/08/14<br>Ahmad Malkawi | $ 88.10- |
| 07-09 | PAYPAL    TRANSFER<br>ID: 47YJ287E4KB3E 07/09/14<br>NAME: AHMAD MALKAWI | $ 500.00- |
| 07-09 | FEE-PAID ITEM<br>REASON: OVERDRAFT FUNDS | $ 35.00- |
| 07-11 | ██████████████ | $ 1000.00- |
| 07-11 | Jun Serv Chg | $ 213.00- |
| 07-14 | VONAGE AMERICA    VONAGE<br>ID: 8900766    07/14/14<br>NAME: AHMAD *MALKAWI | $ .01- |
| 07-16 | ██████████████ | $ 1900.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 4

Lead Account ███████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 07-18 | ███████████ | $ 100.00- |
| 07-18 | ███████████ | $ 200.00- |
| 07-18 | ███████████ | $ 550.00- |
| 07-21 | ███████████ | $ 80.00- |
| 07-21 | ███████████ | $ 400.00- |
| 07-21 | ███████████ | $ 500.00- |
| 07-21 | PLENTIFUL SKY INTERNATIONAL LI | $ 5037.50- |
| 07-22 | T-MOBILE.COM    PCS SVC | $ 225.35- |
|  | ID: 0068900    07/22/14 |  |
|  | NAME: AHMAD MALKAWI |  |
| 07-23 | ███████████ | $ 1000.00- |
| 07-23 | SEOWON INTECH CO., LTD. | $ 8400.00- |
| 07-28 | ███████████ | $ 1000.00- |
| 07-28 | SO CAL EDISON CO BILL PAYMT | $ 110.42- |
|  | ID: 280043035    07/28/14 |  |
|  | NAME: Ahmad Malkawi |  |
| 07-29 | IRVINE RANCH WTR ONLINE PMT | $ 148.04- |
|  | ID: CKF518808470NEG07/29/14 |  |
|  | NAME: AHMAD MALKAWI |  |
| 07-30 | THE GAS COMPANY  PAID SCGC | $ 30.79- |
|  | ID: 0808722455    07/29/14 |  |
|  | NAME: 1406367854122 |  |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-30 | $ 199.24 | 07-01 | $ 124.24 | 07-07 | $ 34.24 |
| 07-08 | $ 53.86- | 07-09 | $ 11.14 | 07-11 | $ 15001.14 |
| 07-14 | $ 15001.13 | 07-15 | $ 15201.13 | 07-16 | $ 11031.13 |
| 07-18 | $ 10181.13 | 07-21 | $ 18638.63 | 07-22 | $ 18413.28 |
| 07-23 | $ 6013.28 | 07-28 | $ 4902.86 | 07-29 | $ 4754.82 |
| 07-30 | $ 4724.03 |  |  |  |  |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

4 of 4

Lead Account ███████

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next. Insurance products are NOT FDIC insured, No Bank
Guarantee and May Lose Value.



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**GLOBAL TELECOM CORP**
**GENERAL ACCOUNT**
**127 ROADRUNNER**
**IRVINE CA 92603**

X

| | |
|---|---|
| **Statement Date** | 8/31/2014 |
| **Page** | 1 of 4 |

## Important Customer Information

Attention Small Business owners! First Bank may have the perfect solution for managing your cash flow. Our flexible, competitive rate, Simple Business Solutions Line of Credit may be just what you are looking for. Visit your local branch location for more information or www.firstbanks.com.

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ▮▮▮▮▮▮ | $7,200.97 | |
| **Deposit Total** | | $7,200.97 | |



**FIRST BANK**
Member FDIC

# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 4

Lead Account ▮▮▮▮▮▮▮

| SMALL BUSINESS CHECKING  # ▮▮▮▮▮▮▮ |
|---|

| Previous Statement Balance as of 7/31/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 8/31/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 4,724.03 | 4 | $ 59,817.00 | $ .00 | N/A | 19 | $ 57,340.06 | $ 7,200.97 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 08-07 | ▮▮▮▮▮▮▮▮▮▮ | $ 60.00 |
| 08-13 | CREDIT MEMO | $ 315.00 |
| 08-26 | LOCALOOP INC | $ 29942.00 |
| 08-27 | ▮▮▮▮▮▮▮▮▮▮ | $ 29500.00 |

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 08-04 | ▮▮▮▮▮▮▮▮▮▮ | $ 700.00- |
| 08-04 | ▮▮▮▮▮▮▮▮▮▮ | $ 1000.00- |
| 08-05 | ▮▮▮▮▮▮▮▮▮▮ | $ 2800.00- |
| 08-05 | ELITE FITNESS TA EDI PYMNTS ID: 1769271    08/05/14 NAME: COSTOIU, ANDRADA | $ 90.00- |
| 08-07 | HOSTWAY.COM    8664678929 ID:    08/07/14 Ahmad Malkawi | $ 188.05- |
| 08-11 | Jul Serv Chg | $ 82.01- |
| 08-12 | COX COMM ORG    BANKDRAFT ID: 33304261130600108/12/14 NAME: Ahmad Malkawi | $ 200.00- |
| 08-13 | FEE-PAID ITEM REASON: OVERDRAFT FUNDS | $ 35.00- |
| 08-26 | ▮▮▮▮▮▮▮▮▮▮ | $ 29900.00- |
| 08-27 | ▮▮▮▮▮▮▮▮▮▮ | $ 100.00- |
| 08-27 | ▮▮▮▮▮▮▮▮▮▮ | $ 200.00- |
| 08-27 | ▮▮▮▮▮▮▮▮▮▮ | $ 250.00- |
| 08-27 | ▮▮▮▮▮▮▮▮▮▮ | $ 400.00- |
| 08-27 | SEOWON INTECH CO LTD. | $ 20030.00- |
| 08-28 | ▮▮▮▮▮▮▮▮▮▮ | $ 15.00- |
| 08-28 | ▮▮▮▮▮▮▮▮▮▮ | $ 200.00- |
| 08-28 | ▮▮▮▮▮▮▮▮▮▮ | $ 250.00- |
| 08-29 | ▮▮▮▮▮▮▮▮▮▮ | $ 500.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 4

Lead Account ████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 08-29 | PAYPAL        TRANSFER<br>ID: 47YJ28B4S3YZY  08/29/14<br>NAME: AHMAD MALKAWI | $ 400.00- |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-31 | $ 4724.03 | 08-04 | $ 3024.03 | 08-05 | $ 134.03 |
| 08-07 | $ 5.98 | 08-11 | $ 76.03- | 08-12 | $ 276.03- |
| 08-13 | $ 3.97 | 08-26 | $ 45.97 | 08-27 | $ 8565.97 |
| 08-28 | $ 8100.97 | 08-29 | $ 7200.97 | | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**
4 of 4

Lead Account ████████

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next.
 Insurance products are NOT FDIC insured, No Bank Guarantee and May Lose Value.

First Bank's line up of Treasury Management products and services may give you and your small
business the solutions needed to make the most efficient use of your funds. Visit your local
branch location for more detail.



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**GLOBAL TELECOM CORP**
**GENERAL ACCOUNT**
**127 ROADRUNNER**
**IRVINE CA 92603**

X


**Statement Date**        9/30/2014
**Page**                  1 of 5

| Important Customer Information |
| --- |

Attention Small Business owners! First Bank may have the perfect solution for managing your cash flow. Our flexible, competitive rate, Simple Business Solutions Line of Credit may be just what you are looking for. Visit your local branch location for more information or www.firstbanks.com.

| Relationship Summary |
| --- |

| Account Name | Account # | Balance | Other Information |
| --- | --- | --- | --- |
| SMALL BUSINESS CHECKING | ▇▇▇▇▇▇ | $48.26 | |
| **Deposit Total** | | $48.26 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 5

Lead Account ███████████

| SMALL BUSINESS CHECKING  # ██████████ |
|---|

| Previous Statement Balance as of 8/31/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 9/30/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 7,200.97 | 7 | $ 106,715.19 | $ .00 | N/A | 61 | $ 113,867.90 | $ 48.26 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 09-05 | AIRSPAN NETWORKS ISRAEL LTD | $ 12819.00 |
| 09-11 | AIRSPAN NETWORKS ISRAEL LTD | $ 13025.00 |
| 09-16 | ███████████ | $ 1000.00 |
| 09-22 | ADVANCED COMPUTER CONNECTIONS | $ 50000.00 |
| 09-22 | ADVANCED COMPUTER CONNECTIONS | $ 16894.64 |
| 09-26 | DISCOVERYTEL GHANA LIMITED INV #DTG09242014 041/VM | $ 10676.55 |
| 09-30 | CREDIT MEMO | $ 2300.00 |

## Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 99 | 09/22 | $1,100.00 | 2605 * | 09/02 | $2,300.00 |
| 2461 * | 09/16 | $253.00 | 2606 | 09/02 | $30.00 |
| 2463 * | 09/29 | $2,300.00 | 2607 | 09/09 | $400.00 |

\* Indicates non-consecutive check number or a debit transaction without a serial number

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 09-02 | ██████████████ | $ 50.00- |
| 09-02 | ██████████████ | $ 50.00- |
| 09-02 | ██████████████ | $ 100.00- |
| 09-02 | ██████████████ | $ 100.00- |
| 09-02 | ██████████████ | $ 100.00- |
| 09-02 | ██████████████ | $ 100.00- |
| 09-02 | ██████████████ | $ 200.00- |
| 09-02 | ██████████████ | $ 200.00- |
| 09-03 | ██████████████ | $ 70.00- |
| 09-03 | ██████████████ | $ 100.00- |
| 09-03 | T-MOBILE IVR    PCS SVC ID: 9666556    09/03/14 NAME: ANDRADA COSTOIU | $ 173.81- |



**STATEMENT OF ACCOUNT**

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**
3 of 5

Lead Account ██████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 09-04 | ██████████████████████ | $ 100.00- |
| 09-04 | ██████████████████████ | $ 100.00- |
| 09-04 | ██████████████████████ | $ 150.00- |
| 09-05 | ██████████████████████ | $ 96.00- |
| 09-05 | ██████████████████████ | $ 100.00- |
| 09-05 | ██████████████████████ | $ 100.00- |
| 09-08 | ██████████████████████ | $ 100.00- |
| 09-08 | ██████████████████████ | $ 100.00- |
| 09-08 | ██████████████████████ | $ 100.00- |
| 09-08 | ██████████████████████ | $ 200.00- |
| 09-08 | ██████████████████████ | $ 200.00- |
| 09-08 | ██████████████████████ | $ 300.00- |
| 09-08 | ██████████████████████ | $ 2300.00- |
| 09-08 | PAYPAL        TRANSFER ID: 47YJ28BMZPTZU  09/08/14 NAME: AHMAD MALKAWI | $ 50.00- |
| 09-08 | COX COMM ORG    BANKDRAFT ID: ██████████ NAME: Ahmad Malkawi | $ 120.00- |
| 09-09 | ██████████████████████ | $ 1000.00- |
| 09-09 | HOSTWAY.COM    8664678929 ID:       09/08/14 Ahmad Malkawi | $ 95.78- |
| 09-09 | Aug Serv Chg | $ 67.07- |
| 09-15 | ██████████████████████ | $ 2000.00- |
| 09-16 | ██████████████████████ | $ 60.00- |
| 09-16 | SEOWON INTECH CO LTD | $ 18030.00- |
| 09-17 | ██████████████████████ | $ 100.00- |
| 09-17 | ██████████████████████ | $ 100.00- |
| 09-17 | ██████████████████████ | $ 100.00- |
| 09-17 | ██████████████████████ | $ 144.00- |
| 09-18 | DEBIT MEMO | $ 100.00- |
| 09-19 | ██████████████████████ | $ 100.00- |
| 09-19 | ██████████████████████ | $ 100.00- |
| 09-22 | ██████████████████████ | $ 100.00- |
| 09-22 | ██████████████████████ | $ 100.00- |
| 09-22 | ██████████████████████ | $ 200.00- |
| 09-22 | ██████████████████████ | $ 300.00- |
| 09-22 | ██████████████████████ | $ 300.00- |
| 09-23 | ██████████████████████ | $ 100.00- |
| 09-23 | DEBIT MEMO | $ 243.24- |
| 09-24 | ██████████████████████ | $ 100.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

**4 of 5**

Lead Account ▓▓▓▓▓▓▓

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 09-25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ 100.00- |
| 09-25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ 200.00- |
| 09-26 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ 100.00- |
| 09-26 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ 100.00- |
| 09-29 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ 100.00- |
| 09-29 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ 250.00- |
| 09-29 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ 77800.00- |
| 09-30 | FEE-PAID ITEM  000000000002463 | $ 35.00- |
|       | REASON: OVERDRAFT FUNDS | |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | $ 7200.97 | 09-02 | $ 3970.97 | 09-03 | $ 3627.16 |
| 09-04 | $ 3277.16 | 09-05 | $ 15800.16 | 09-08 | $ 12330.16 |
| 09-09 | $ 10767.31 | 09-11 | $ 23792.31 | 09-15 | $ 21792.31 |
| 09-16 | $ 4449.31 | 09-17 | $ 4005.31 | 09-18 | $ 3905.31 |
| 09-19 | $ 3705.31 | 09-22 | $ 68499.95 | 09-23 | $ 68156.71 |
| 09-24 | $ 68056.71 | 09-25 | $ 67756.71 | 09-26 | $ 78233.26 |
| 09-29 | $ 2216.74- | 09-30 | $ 48.26 | | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

5 of 5

Lead Account ████████

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next.
 Insurance products are NOT FDIC insured, No Bank Guarantee and May Lose Value.

First Bank's line up of Treasury Management products and services may give you and your small
business the solutions needed to make the most efficient use of your funds. Visit your local
branch location for more detail.



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

 X

**GLOBAL TELECOM CORP**
**GENERAL ACCOUNT**
**127 ROADRUNNER**
**IRVINE CA 92603**

| | |
|---|---|
| **Statement Date** | 10/31/2014 |
| **Page** | 1 of 5 |

## Important Customer Information

ATTENTION Small Business owners! If you know you will need some extra money over time to
effectively run your business, a First Bank Simple Business Solutions Line of Credit may be the
perfect solution.
Stop by your local branch location or visit www.firstbanks.com for more information on our great
offers.

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ▓▓▓▓▓ | $7,294.44 | |
| **Deposit Total** | | $7,294.44 | |



## STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 5

Lead Account ███████████

| SMALL BUSINESS CHECKING  # ███████████ |
|---|

| Previous Statement Balance as of 9/30/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 10/31/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 48.26 | 7 | $ 23,926.01 | $ .00 | N/A | 44 | $ 16,679.83 | $ 7,294.44 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10-06 | T-MOBILE      FDC PAYMEN  ID: 6063116     10/03/14  NAME: ANDRADA COSTOIU | $ 1226.01 |
| 10-06 | ████████████████████ | $ 150.00 |
| 10-08 | CREDIT MEMO | $ 150.00 |
| 10-09 | ████████████████████ | $ 500.00 |
| 10-14 | ████████████████████ | $ 21600.00 |
| 10-23 | ████████████████████ | $ 200.00 |
| 10-23 | ████████████████████ | $ 100.00 |

### Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 2462 | 10/14 | $150.00 | 2472 | 10/23 | $250.00 |
| 2464 * | 10/15 | $208.00 | 2473 | 10/24 | $2,300.00 |
| 2465 | 10/08 | $250.00 | 2474 | 10/30 | $2,500.00 |
| 2466 | 10/14 | $115.00 | 2475 | 10/31 | $400.00 |
| 2469 * | 10/21 | $2,112.03 | 2625 * | 10/27 | $200.00 |
| 2471 * | 10/29 | $208.00 | 2626 | 10/29 | $270.00 |

* Indicates non-consecutive check number or a debit transaction without a serial number

### Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 10-03 | T-MOBILE      FDC PAYMEN  ID: 6063116     10/03/14  NAME: ANDRADA COSTOIU | $ 1226.01- |
| 10-06 | COX COMM ORG    BANKDRAFT  ID: 33304261130600110/06/14  NAME: Ahmad Malkawi | $ 153.48- |
| 10-06 | FEE-RTND ITEM  REASON: OVERDRAFT FUNDS | $ 35.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 5

Lead Account ████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 10-07 | HOSTWAY.COM    8664678929<br>ID:            10/07/14<br>Ahmad Malkawi | $ 94.05- |
| 10-08 | FEE-PAID ITEM<br>REASON: OVERDRAFT FUNDS | $ 35.00- |
| 10-09 | FEE-PAID ITEM  000000000002465<br>REASON: OVERDRAFT FUNDS | $ 35.00- |
| 10-09 | Sep Serv Chg | $ 135.43- |
| 10-14 | SO CAL EDISON CO BILL PAYMT<br>ID: 280043035    10/14/14<br>NAME: Ahmad Malkawi | $ 145.85- |
| 10-17 | ██████████ | $ 400.00- |
| 10-20 | ██████████ | $ 120.00- |
| 10-20 | ██████████ | $ 200.00- |
| 10-20 | ██████████ | $ 500.00- |
| 10-21 | ██████████ | $ 100.00- |
| 10-21 | ██████████ | $ 200.00- |
| 10-21 | HOSTWAY.COM    8664678929<br>ID:            10/20/14<br>Ahmad Malkawi | $ 64.75- |
| 10-21 | HOSTWAY.COM    8664678929<br>ID:            10/20/14<br>Ahmad Malkawi | $ 64.75- |
| 10-22 | ██████████ | $ 100.00- |
| 10-22 | ██████████ | $ 200.00- |
| 10-22 | ██████████ | $ 300.00- |
| 10-22 | ██████████ | $ 300.00- |
| 10-23 | ██████████ | $ 200.00- |
| 10-23 | ██████████ | $ 420.00- |
| 10-24 | ██████████ | $ 200.00- |
| 10-24 | ██████████ | $ 200.00- |
| 10-24 | ██████████ | $ 200.00- |
| 10-27 | ██████████ | $ 100.00- |
| 10-27 | ██████████ | $ 150.00- |
| 10-27 | ██████████ | $ 200.00- |
| 10-27 | ██████████ | $ 500.00- |
| 10-27 | DEBIT MEMO | $ 500.00- |
| 10-28 | ██████████ | $ 500.00- |
| 10-29 | ATT        Payment<br>ID: 233693007CSR1T 10/29/14<br>NAME: ahmad malkawi | $ 137.48- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**
4 of 5

Lead Account ████████

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-30 | $ 48.26 | 10-03 | $ 1177.75- | 10-06 | $ 9.78 |
| 10-07 | $ 84.27- | 10-08 | $ 219.27- | 10-09 | $ 110.30 |
| 10-14 | $ 21299.45 | 10-15 | $ 21091.45 | 10-17 | $ 20691.45 |
| 10-20 | $ 19871.45 | 10-21 | $ 17329.92 | 10-22 | $ 16429.92 |
| 10-23 | $ 15859.92 | 10-24 | $ 12959.92 | 10-27 | $ 11309.92 |
| 10-28 | $ 10809.92 | 10-29 | $ 10194.44 | 10-30 | $ 7694.44 |
| 10-31 | $ 7294.44 | | | | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

5 of 5

Lead Account ▇▇▇▇▇▇▇

First Bank's line up of Treasury Management products and services may give you and your small
business the solutions needed to make the most efficient use of your funds.
Visit your local branch location for more detail.

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next.

First Brokerage America, LLC is a FINRA-registered broker/dealer and member SIPC. Products are
not FDIC insured and are not a deposit or other obligation of or guaranteed by the Bank or its
affiliates, and involve risk including the possible loss of principal amount invested and are not
insured by a federal government agency. First Brokerage America, LLC is an affiliate of First
Bank through common ownership. Insurance products in CA are offered through First Banc Insurance
Service, LLC, CA DOI 0C42494. See investment representative for details.



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

GLOBAL TELECOM CORP
GENERAL ACCOUNT
127 ROADRUNNER
IRVINE CA 92603

X

| | |
|---|---|
| Statement Date | 11/30/2014 |
| Page | 1 of 5 |

## Important Customer Information

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | | $505.85 | |
| **Deposit Total** | | $505.85 | |



**STATEMENT OF ACCOUNT**

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 5

Lead Account ███████

| SMALL BUSINESS CHECKING # ███████ |
|---|

| Previous Statement Balance as of 10/31/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 11/30/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 7,294.44 | 6 | $ 24,015.63 | $ .00 | N/A | 47 | $ 30,804.22 | $ 505.85 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 11-13 | ███████ | $ 300.00 |
| 11-14 | | $ 600.00 |
| 11-18 | CORDOVA TELEPHONE COOPERATIVE | $ 17465.63 |
| 11-20 | PAYPAL        TRANSFER | $ 150.00 |
| | ID: 47YJ28FSZP3PW  11/20/14 | |
| | NAME: AHMAD MALKAWI | |
| 11-25 | PHONE TRANSFER CR | $ 3500.00 |
| 11-26 | CREDIT MEMO | $ 2000.00 |

## Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 99 | 11/21 | $15,000.00 | 2478 | 11/12 | $500.00 |
| 99 * | 11/18 | $1,100.00 | 2479 | 11/10 | $120.00 |
| 99 * | 11/03 | $300.00 | 2480 | 11/12 | $100.00 |
| 2470 * | 11/10 | $175.00 | 2481 | 11/17 | $50.00 |
| 2476 * | 11/04 | $300.00 | 2627 * | 11/06 | $45.00 |
| 2477 | 11/10 | $1,100.00 | 2628 | 11/07 | $2,500.00 |

\* Indicates non-consecutive check number or a debit transaction without a serial number

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 11-03 | VONAGE AMERICA   VONAGE | $ 92.27- |
| | ID: 4876161      11/03/14 | |
| | NAME: AHMAD *MALKAWI | |
| 11-04 | | $ 110.00- |
| 11-07 | COX COMM ORG     BANKDRAFT | $ 150.00- |
| | ID: 33304261130600111/07/14 | |
| | NAME: Ahmad Malkawi | |
| 11-07 | HOSTWAY.COM    8664678929 | $ 103.95- |
| | ID:              11/07/14 | |
| | Ahmad Malkawi | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 5

Lead Account ▮▮▮▮▮▮▮▮

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 11-10 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-10 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-12 | ▮▮▮▮▮▮▮▮ | $ 48.00- |
| 11-12 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-12 | ▮▮▮▮▮▮▮▮ | $ 150.00- |
| 11-12 | ▮▮▮▮▮▮▮▮ | $ 800.00- |
| 11-12 | IRVINE RANCH WTR ONLINE PMT<br>ID: CKF091581923NEG11/12/14<br>NAME: AHMAD MALKAWI | $ 173.26- |
| 11-13 | Oct Serv Chg | $ 30.74- |
| 11-17 | ▮▮▮▮▮▮▮▮ | $ 46.00- |
| 11-17 | ▮▮▮▮▮▮▮▮ | $ 50.00- |
| 11-17 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-17 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-17 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-17 | ▮▮▮▮▮▮▮▮ | $ 200.00- |
| 11-18 | ▮▮▮▮▮▮▮▮ | $ 450.00- |
| 11-19 | ▮▮▮▮▮▮▮▮ | $ 60.00- |
| 11-19 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-19 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-20 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-20 | ▮▮▮▮▮▮▮▮ | $ 150.00- |
| 11-21 | ▮▮▮▮▮▮▮▮ | $ 200.00- |
| 11-24 | ▮▮▮▮▮▮▮▮ | $ 10.00- |
| 11-24 | ▮▮▮▮▮▮▮▮ | $ 100.00- |
| 11-24 | ▮▮▮▮▮▮▮▮ | $ 190.00- |
| 11-24 | ▮▮▮▮▮▮▮▮ | $ 200.00- |
| 11-24 | ▮▮▮▮▮▮▮▮ | $ 300.00- |
| 11-25 | ▮▮▮▮▮▮▮▮ | $ 500.00- |
| 11-25 | ▮▮▮▮▮▮▮▮ | $ 500.00- |
| 11-25 | ▮▮▮▮▮▮▮▮ | $ 2000.00- |
| 11-26 | ▮▮▮▮▮▮▮▮ | $ 500.00- |
| 11-28 | ▮▮▮▮▮▮▮▮ | $ 1500.00- |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10-31 | $ 7294.44 | 11-03 | $ 6902.17 | 11-04 | $ 6492.17 |
| 11-06 | $ 6447.17 | 11-07 | $ 3693.22 | 11-10 | $ 2098.22 |
| 11-12 | $ 226.96 | 11-13 | $ 496.22 | 11-14 | $ 1096.22 |
| 11-17 | $ 450.22 | 11-18 | $ 16365.85 | 11-19 | $ 16105.85 |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

4 of 5

Lead Account ███████

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-20 | $ 16005.85 | 11-21 | $ 805.85 | 11-24 | $ 5.85 |
| 11-25 | $ 505.85 | 11-26 | $ 2005.85 | 11-28 | $ 505.85 |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

5 of 5

Lead Account ███████

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next.
Insurance products are NOT FDIC insured, No Bank Guarantee and May Lose Value.

The right size, the right color the right gift EVERY time! This holiday season give your
employees or clients the perfect gift by picking up First Bank MasterCard® Gift Cards. Stop by
your local branch location or contact your Relationship Manager to learn more.



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

GLOBAL TELECOM CORP
GENERAL ACCOUNT
127 ROADRUNNER
IRVINE CA 92603

X

| | |
|---|---|
| Statement Date | 12/31/2014 |
| Page | 1 of 4 |

## Important Customer Information

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ████████ | $3,305.35 | |
| **Deposit Total** | | $3,305.35 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 4

Lead Account ███████████

| SMALL BUSINESS CHECKING  # ████████ |
|---|

| Previous Statement Balance as of 11/30/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 12/31/14 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 505.85 | 9 | $ 559,081.32 | $ .00 | N/A | 32 | $ 556,281.82 | $ 3,305.35 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 12-02 | CREDIT MEMO | $ 2000.00 |
| 12-05 | KINGS COUNTY TREASURER | $ 357667.32 |
| 12-08 | CHECKING DEPOSIT | $ 166414.00 |
| 12-08 | ████████████████ | $ 200.00 |
| 12-09 | CREDIT MEMO | $ 200.00 |
| 12-15 | CREDIT MEMO | $ 1500.00 |
| 12-17 | CREDIT MEMO | $ 26000.00 |
| 12-17 | ████████████████ | $ 600.00 |
| 12-29 | CREDIT MEMO | $ 4500.00 |

## Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 99 | 12/23 | $1,500.00 | 2629 * | 12/18 | $10,742.00 |

\* Indicates non-consecutive check number or a debit transaction without a serial number

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 12-02 | ████████████████ | $ 500.00- |
| 12-02 | ████████████████ | $ 1000.00- |
| 12-04 | Waste Management 8668342080 ID: 100206290144  12/04/14 NAME: Ahmad Malkawi | $ 38.37- |
| 12-05 | DEBIT MEMO | $ 358000.00- |
| 12-08 | ████████████████ | $ 130.00- |
| 12-08 | ████████████████ | $ 500.00- |
| 12-08 | ████████████████ | $ 690.00- |
| 12-08 | COX COMM ORG    BANKDRAFT ID: 33304261130600112/08/14 NAME: Ahmad Malkawi | $ 140.00- |
| 12-09 | ████████████████ | $ 100.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 4

Lead Account ████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 12-09 | SEOWON INTECH CO LTD | $ 165449.40- |
| 12-09 | HOSTWAY.COM     8664678929 | $ 94.05- |
| | ID:          12/08/14 | |
| | Ahmad Malkawi | |
| 12-09 | Nov Serv Chg | $ 12.00- |
| 12-12 | SO CAL EDISON CO BILL PAYMT | $ 90.00- |
| | ID: 280043035     12/12/14 | |
| | NAME: Ahmad Malkawi | |
| 12-15 | ██████████ | $ 42.00- |
| 12-15 | ██████████ | $ 200.00- |
| 12-15 | ██████████ | $ 900.00- |
| 12-16 | ██████████ | $ 500.00- |
| 12-17 | ██████████ | $ 700.00- |
| 12-17 | ██████████ | $ 1000.00- |
| 12-18 | ██████████ | $ 1000.00- |
| 12-22 | ██████████ | $ 400.00- |
| 12-23 | ██████████ | $ 100.00- |
| 12-23 | SEOWON INTECH CO LTD | $ 10500.00- |
| 12-26 | ██████████ | $ 500.00- |
| 12-29 | ██████████ | $ 54.00- |
| 12-29 | ██████████ | $ 200.00- |
| 12-30 | ██████████ | $ 200.00- |
| 12-30 | ██████████ | $ 200.00- |
| 12-30 | ██████████ | $ 500.00- |
| 12-31 | ██████████ | $ 300.00- |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-30 | $ 505.85 | 12-02 | $ 1005.85 | 12-04 | $ 967.48 |
| 12-05 | $ 634.80 | 12-08 | $ 165788.80 | 12-09 | $ 333.35 |
| 12-12 | $ 243.35 | 12-15 | $ 601.35 | 12-16 | $ 101.35 |
| 12-17 | $ 25001.35 | 12-18 | $ 13259.35 | 12-22 | $ 12859.35 |
| 12-23 | $ 759.35 | 12-26 | $ 259.35 | 12-29 | $ 4505.35 |
| 12-30 | $ 3605.35 | 12-31 | $ 3305.35 | | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**
4 of 4

Lead Account

What is your retirement strategy?  Visit your nearest branch location or
www.firstbanks.com/brokerage today to learn how First Brokerage America can help you on the road
to retirement and wherever life takes you next.
Insurance products are NOT FDIC insured, No Bank Guarantee and May Lose Value.

The right size, the right color the right gift EVERY time! This holiday season give your
employees or clients the perfect gift by picking up First Bank MasterCard® Gift Cards. Stop by
your local branch location or contact your Relationship Manager to learn more.



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

GLOBAL TELECOM CORP
GENERAL ACCOUNT
127 ROADRUNNER
IRVINE CA 92603

X



| | |
|---|---|
| **Statement Date** | 1/31/2015 |
| **Page** | 1 of 5 |

## Important Customer Information

Kick off a new year for you and your family! Estate planning is a necessity too often overlooked. Knowing that your affairs are in order provides peace of mind the whole year. For more information or to schedule a meeting with one of our advisors please visit your local branch location or call 1-800-452-1414, Monday - Friday 9:00am to 5:00pm

Introducing Mobile Deposit! A convenient way to deposit checks with your smartphone or iPad from virtually anywhere. Stop by a branch location to discuss Online Banking, Mobile Banking and how you can have access to Mobile Deposit or visit www.firstbanks.com.

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ▬▬▬▬ | $6,334.20 | |
| **Deposit Total** | | $6,334.20 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 5

Lead Account ▮▮▮▮▮

| SMALL BUSINESS CHECKING  #▮▮▮▮▮ | | | | | | |
|---|---|---|---|---|---|---|

| Previous Statement Balance as of 12/31/14 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 1/31/15 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 3,305.35 | 9 | $ 105,008.37 | $ .00 | N/A | 64 | $ 101,979.52 | $ 6,334.20 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 01-05 | ▮▮▮▮▮ | $ 300.00 |
| 01-06 | CREDIT MEMO | $ 9000.00 |
| 01-06 | ▮▮▮▮▮ | $ 100.00 |
| 01-07 | SEOWON INTECH MEA FZE | $ 16695.50 |
| 01-07 | ▮▮▮▮▮ | $ 500.00 |
| 01-08 | ▮▮▮▮▮ | $ 500.00 |
| 01-16 | CORDOVA TELEPHONE COOPERATIVE | $ 17465.62 |
| 01-22 | CHECKING DEPOSIT | $ 27000.00 |
| 01-27 | ADVANCED COMPUTER CONNECTIONS | $ 33447.25 |

## Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 99 | 01/22 | $1,500.00 | 2632 * | 01/06 | $1,000.00 |
| 2482 * | 01/20 | $9,000.00 | 2634 * | 01/30 | $3,733.00 |
| 2630 * | 01/08 | $4,500.00 | 2635 | 01/30 | $2,300.00 |

\* Indicates non-consecutive check number or a debit transaction without a serial number

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 01-02 | ▮▮▮▮▮ | $ 100.00- |
| 01-02 | ▮▮▮▮▮ | $ 100.00- |
| 01-02 | ▮▮▮▮▮ | $ 200.00- |
| 01-02 | ▮▮▮▮▮ | $ 200.00- |
| 01-02 | ▮▮▮▮▮ | $ 2200.00- |
| 01-02 | COX COMM ORG    BANKDRAFT ID: 33304261130600101/02/15 NAME: Ahmad Malkawi | $ 200.00- |
| 01-05 | ▮▮▮▮▮ | $ 200.00- |
| 01-05 | ▮▮▮▮▮ | $ 400.00- |
| 01-06 | ▮▮▮▮▮ | $ 1000.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**
3 of 5

Lead Account ████████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 01-06 | SO CAL EDISON CO BILL PAYMT ID: 280043035   01/06/15 NAME: Ahmad Malkawi | $ 100.00- |
| 01-07 | ███████████████ | $ 500.00- |
| 01-07 | ███████████████ | $ 1000.00- |
| 01-07 | ███████████████ | $ 1500.00- |
| 01-07 | HOSTWAY.COM   8664678929 ID:        01/07/15 Ahmad Malkawi | $ 94.05- |
| 01-08 | ███████████████ | $ 900.00- |
| 01-08 | HOSTWAY.COM   8664678929 ID:        01/08/15 Ahmad Malkawi | $ 59.70- |
| 01-08 | HOSTWAY.COM   8664678929 ID:        01/08/15 Ahmad Malkawi | $ 49.75- |
| 01-12 | ███████████████ | $ 90.00- |
| 01-12 | ███████████████ | $ 100.00- |
| 01-12 | ███████████████ | $ 100.00- |
| 01-12 | ███████████████ | $ 100.00- |
| 01-12 | ███████████████ | $ 150.00- |
| 01-12 | ███████████████ | $ 200.00- |
| 01-12 | ███████████████ | $ 500.00- |
| 01-12 | VONAGE AMERICA   VONAGE ID: 6896520   01/12/15 NAME: AHMAD *MALKAWI | $ 92.22- |
| 01-13 | ███████████████ | $ 200.00- |
| 01-13 | Dec Serv Chg | $ 122.00- |
| 01-14 | ███████████████ | $ 400.00- |
| 01-14 | ███████████████ | $ 440.00- |
| 01-15 | ███████████████ | $ 2.00- |
| 01-15 | ███████████████ | $ 100.00- |
| 01-15 | ███████████████ | $ 2100.00- |
| 01-20 | ███████████████ | $ 100.00- |
| 01-20 | ███████████████ | $ 100.00- |
| 01-20 | ███████████████ | $ 450.00- |
| 01-20 | ███████████████ | $ 700.00- |
| 01-20 | ███████████████ | $ 800.00- |
| 01-20 | ███████████████ | $ 1000.00- |
| 01-21 | ███████████████ | $ 150.00- |
| 01-22 | SEOWON INTECH CO LTD | $ 41300.00- |
| 01-23 | ███████████████ | $ 50.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828**

**Page**

4 of 5

Lead Account ███████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 01-23 | ██████████████ | $ 100.00- |
| 01-26 | ██████████████ | $ 5.00- |
| 01-26 | ██████████████ | $ 90.00- |
| 01-26 | ██████████████ | $ 100.00- |
| 01-26 | ██████████████ | $ 116.00- |
| 01-26 | ██████████████ | $ 300.00- |
| 01-27 | ██████████████ | $ 100.00- |
| 01-28 | ██████████████ | $ 100.00- |
| 01-28 | ██████████████ | $ 200.00- |
| 01-28 | ██████████████ | $ 200.00- |
| 01-28 | ██████████████ | $ 300.00- |
| 01-28 | ASIAN CREATION COMMUNICATION C | $ 3885.80- |
| 01-29 | ██████████████ | $ 500.00- |
| 01-29 | DEBIT MEMO | $ 15000.00- |
| 01-30 | ██████████████ | $ 100.00- |
| 01-30 | ██████████████ | $ 200.00- |
| 01-30 | ██████████████ | $ 500.00- |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-31 | $ 3305.35 | 01-02 | $ 305.35 | 01-05 | $ 5.35 |
| 01-06 | $ 7005.35 | 01-07 | $ 21106.80 | 01-08 | $ 16097.35 |
| 01-12 | $ 14765.13 | 01-13 | $ 14443.13 | 01-14 | $ 13603.13 |
| 01-15 | $ 11401.13 | 01-16 | $ 28866.75 | 01-20 | $ 16716.75 |
| 01-21 | $ 16566.75 | 01-22 | $ 766.75 | 01-23 | $ 616.75 |
| 01-26 | $ 5.75 | 01-27 | $ 33353.00 | 01-28 | $ 28667.20 |
| 01-29 | $ 13167.20 | 01-30 | $ 6334.20 | | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

5 of 5

Lead Account ██████████

First Bank has partnered with Paychex to provide payroll solutions for you and your small
business. Please stop by any branch location to learn more about the great offers we have
available.



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

GLOBAL TELECOM CORP
GENERAL ACCOUNT
127 ROADRUNNER
IRVINE CA 92603

 X

| | |
|---|---|
| **Statement Date** | 2/28/2015 |
| **Page** | 1 of 4 |

## Important Customer Information

Kick off a new year for you and your family! Estate planning is a necessity too often overlooked. Knowing that your affairs are in order provides peace of mind the whole year. For more information or to schedule a meeting with one of our advisors please visit your local branch location or call 1-800-452-1414, Monday - Friday 9:00am to 5:00pm

Introducing Mobile Deposit! A convenient way to deposit checks with your smartphone or iPad from virtually anywhere. Stop by a branch location to discuss Online Banking, Mobile Banking and how you can have access to Mobile Deposit or visit www.firstbanks.com.

## Relationship Summary

| Account Name | Account # | Balance | Other Information |
|---|---|---|---|
| SMALL BUSINESS CHECKING | ▇▇▇▇▇▇▇ | $1,006.39 | |
| **Deposit Total** | | $1,006.39 | |



# STATEMENT OF ACCOUNT

IRVINE - CULVER
14376 CULVER DR
IRVINE, CA 92604
949-551-6828

**Page**

2 of 4

Lead Account ████

| SMALL BUSINESS CHECKING # ████ |
|---|

| Previous Statement Balance as of 1/31/15 | Deposits & Credits | | Earnings This Period | | Checks, Debits, Other Fees & Service Charges | | Ending Balance as of 2/28/15 |
|---|---|---|---|---|---|---|---|
| | # | Amount | Interest | APY | # | Amount | |
| $ 6,334.20 | 13 | $ 65,735.50 | $ .00 | N/A | 33 | $ 71,063.31 | $ 1,006.39 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 02-05 | SEOWON INTECH MEA FZE | $ 16695.50 |
| 02-06 | CHECKING DEPOSIT | $ 1000.00 |
| 02-06 | CREDIT MEMO | $ 18000.00 |
| 02-06 | ████ | $ 700.00 |
| 02-06 | ████ | $ 700.00 |
| 02-09 | CREDIT MEMO | $ 4000.00 |
| 02-09 | CREDIT MEMO | $ 3890.00 |
| 02-09 | CREDIT MEMO | $ 2000.00 |
| 02-12 | CREDIT MEMO | $ 1000.00 |
| 02-12 | ████ | $ 200.00 |
| 02-17 | | $ 400.00 |
| 02-18 | CREDIT MEMO | $ 17000.00 |
| 02-18 | ████ | $ 150.00 |

## Numerical Check Listing

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 1251 | 02/03 | $608.75 | 1255 * | 02/19 | $16,460.77 |
| 1252 | 02/17 | $500.00 | 5001 * | 02/06 | $2,338.64 |

\* Indicates non-consecutive check number or a debit transaction without a serial number

## Other Debits and Converted Checks

| Date | Description | Amount |
|---|---|---|
| 02-02 | ████ | $ 100.00- |
| 02-02 | ████ | $ 200.00- |
| 02-02 | ████ | $ 200.00- |
| 02-02 | ████ | $ 900.00- |
| 02-02 | ████ | $ 1200.00- |
| 02-03 | GRCARD HONG KONG CO LIMITED | $ 267.00- |
| 02-05 | ████ | $ 500.00- |
| 02-06 | ████ | $ 200.00- |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

3 of 4

Lead Account ███████

## Other Debits and Converted Checks

| Date | Description | Amount |
|------|-------------|--------|
| 02-06 | ████████████ | $ 400.00- |
| 02-06 | ████████████ | $ 600.00- |
| 02-06 | ████████████ | $ 800.00- |
| 02-09 | ████████████ | $ 100.00- |
| 02-09 | ████████████ | $ 200.00- |
| 02-09 | ████████████ | $ 300.00- |
| 02-09 | ████████████ | $ 310.00- |
| 02-09 | ████████████ | $ 500.00- |
| 02-09 | ████████████ | $ 900.00- |
| 02-09 | SEOWON INTECH CO LTD | $ 36777.00- |
| 02-10 | ████████████ | $ 200.00- |
| 02-10 | ████████████ | $ 300.00- |
| 02-10 | ████████████ | $ 500.00- |
| 02-10 | ASIAN CREATION COMMUNICATION C | $ 3885.80- |
| 02-10 | COX COMM ORG     BANKDRAFT   ID: 33304261130600102/10/15   NAME: Ahmad Malkawi | $ 209.35- |
| 02-11 | ████████████ | $ 200.00- |
| 02-11 | ████████████ | $ 430.00- |
| 02-11 | Jan Serv Chg | $ 146.00- |
| 02-12 | ████████████ | $ 30.00- |
| 02-12 | ████████████ | $ 500.00- |
| 02-20 | ████████████ | $ 300.00- |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01-31 | $ 6334.20 | 02-02 | $ 3734.20 | 02-03 | $ 2858.45 |
| 02-05 | $ 19053.95 | 02-06 | $ 35115.31 | 02-09 | $ 5918.31 |
| 02-10 | $ 823.16 | 02-11 | $ 47.16 | 02-12 | $ 717.16 |
| 02-17 | $ 617.16 | 02-18 | $ 17767.16 | 02-19 | $ 1306.39 |
| 02-20 | $ 1006.39 | | | | |



# STATEMENT OF ACCOUNT

**IRVINE - CULVER**
**14376 CULVER DR**
**IRVINE, CA 92604**
**949-551-6828**

**Page**

4 of 4

Lead Account ███████

First Bank has partnered with Paychex to provide payroll solutions for you and your small business. Please stop by any branch location to learn more about the great offers we have available.

# Exhibit 5



| Action Taken | Date | 341(a) Date | Trustee | Case | Debtor Name | Requested File | File Name | Not |
|---|---|---|---|---|---|---|---|---|
| Uploaded | 03/17/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Tax_Return_2012_and_2013-FED-_Global_2.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_1_30_2015.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_2_27_2015.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_3_31_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_4_30_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_5_30_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_6_30_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_7_31_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_8_29_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_9_30_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_10_31_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_11_28_2014.pdf | |
| Uploaded | 03/30/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | 341 Document Request | Statement_12_31_2014.pdf | |
| Uploaded | 02/23/2015 | 04/08/2015 | JOHN M. WOLFE | 8:15-BK-10182 | Ahmad Malkawi | Tax Returns | 2013_Tax_Return.pdf | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
600 Anton Boulevard, Suite 1400, Costa Mesa, CA  92626-7689.  A true and correct copy of the foregoing document
entitled (*specify*):  **Declaration of Debtor Ahmad Malkawi in Support of: A. Motion to Reconsider or Vacate Ruling
Reopening Case or, in the Alternative, to Close Case; and B. Opposition to Chapter 7 Trustee's Motion for Order:
(1) Authorizing Sale of Personal Property Assets Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §§
363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Proposed Buyer as Good Faith Purchaser
Pursuant to 11 U.S.C. § 363(m)** will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
April 27, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Reem J Bello    rbello@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- Rebecca A Caley    rcaley@caleylaw.com, kristina@caleylaw.com;carolyn@caleylaw.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
  wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Austin P Nagel    melissa@apnagellaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) April 27, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 27, 2020, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

Via Federal Express
The Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 6135/Crtrm 6C
Santa Ana, California 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 27, 2020 | Kimberly A. Collins | /s/ Kimberly A. Collins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-8
Case 8:15-bk-10182-MW
Central District of California
Santa Ana
Mon Apr 27 11:06:17 PDT 2020

Hyundai Lease Titling Trust
c/o Law Offices of Austin P. Nagel
111 Deerwood Rd., Suite 305
San Ramon, CA 94583-1530

Mercedes-Benz Financial Services USA LLC, fk
13650 Heritage Pkwy
Forth Worth, TX 76177-5323

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Weiland Golden Goodrich LLP
650 Town Center Dr Ste 600
Costa Mesa, CA 92626-7121

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Access Communications, Inc.
C/O C T Corporation System lnc.
100 South Fifth Street, Suite 1075
Minneapolis, MN 55402-1265

Eldorado Resorts Corp.
3015 N. Ocean Blvd
Suite 12
Fort Lauderdale, FL 33308-7344

KIA Motors Finance
POB 20815
Fountain Valley, CA 92728

MA - Huon
C/O Southwest Credit Systems
4120 International Parllway
Carrollton, TX 75007-1958

MB Financial Services
36455 Corporate Drive
Farmington Hills, MI 48331-3552

Ahmad Malkawi
127 Roadrunner
Irvine, CA 92603-0161

Weneta M Kosmala (TR)
3 MacArthur Place, Suite 760
Santa Ana, CA 92707-6071

Zuhair Nubani
823 Adler Ct
Schaumburg, IL 60194-2413

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)SEOWON INTECH CO., LTD.

End of Label Matrix
Mailable recipients      13
Bypassed recipients       2
Total                    15