| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Snell & Wilmer L.L.P.<br>Michael B. Reynolds (Bar No. 174534)<br>mreynolds@swlaw.com<br>Andrew B. Still (Bar No. 312444)<br>astill@swlaw.com<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, California  92626-7689<br>Telephone:  (714) 427-7065<br>Facsimile:  (714) 427-7799<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Ahmad Malkawi | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>AHMAD MALKAWI | CASE NO.: 8:15-BK-10182-MW<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Chapter 7 Trustee's Motion for Order:  (1) Authorizing Sale of Personal Property Assets Free and Clear of Liens and Interests Pursaunt o 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Proposed Buyer as Good Faith Purchaser pursuant to 11 U.S.C. § 363(m) |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Personal Property Assets Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Proposed Buyer as Good Faith Purchaser pursuant to 11 U.S.C. § 363(m) was lodged on (*date*) May 19, 2020 and is attached. This order relates to the motion which is docket number 48.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 1        **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 19, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- Rebecca A Caley    rcaley@caleylaw.com, kristina@caleylaw.com;carolyn@caleylaw.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Austin P Nagel    melissa@apnagellaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2020 | Kimberly A. Collins | /s/ Kimberly A. Collins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Andrew B. Still, Bar No. 312444
astill@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Debtor
Ahmad Malkawi

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>AHMAD MALKAWI,<br><br>　　　　Debtor. | Case No. 8:15-bk-10182-MW<br><br>Chapter 7<br><br>**Order Denying without Prejudice Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Personal Property Assets Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Proposed Buyer as Good Faith Purchaser pursuant to 11 U.S.C. § 363(m)**<br><br>Hearing Information:<br>Date:　　　May 11, 2020<br>Time:　　　2:00 p.m.<br>Courtroom: 6C<br>Address:　　411 West Fourth Street<br>　　　　　　Santa Ana, CA 92701 |

A hearing was held on May 11, 2020, at 2:00 p.m., before the Honorable Mark S. Wallace, United States Bankruptcy Judge for the Central District of California, in Courtroom 6C of the United States Courthouse, located at 411 West Fourth Street, Santa Ana, California, 92701, on the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Personal Property Assets Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Proposed Buyer as Good Faith Purchaser Pursuant to 11

1  U.S.C. § 363(m) filed by Weneta M.A. Kosmala, the Chapter 7 trustee on April 20, 2020 as

2  Docket No. 48 (the "<u>Motion</u>").  Appearances were made as noted on the record.

3        The Court, having read and considered the Motion, Debtor's opposition thereto, the

4  pleadings, papers and evidence submitted by the parties, having heard and considered the

5  arguments and statements of counsel at the hearing on the Motion, and for the reasons stated on

6  the record,

7        **IT IS ORDERED** that the Motion is denied without prejudice; and

8        **IT IS FURTHER ORDERED** that no renewed Motion may be filed prior to October 31,

9  2020.

###