SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Andrew B. Still, Bar No. 312444
astill@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Debtor
Ahmad Malkawi

**FILED & ENTERED**

**MAY 20 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>AHMAD MALKAWI,<br><br>            Debtor. | Case No. 8:15-bk-10182-MW<br><br>Chapter 7<br><br>**Order Denying without Prejudice Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Personal Property Assets Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Proposed Buyer as Good-Faith Purchaser pursuant to 11 U.S.C. § 363(m)**<br><br>Hearing Information:<br>Date:         May 11, 2020<br>Time:        2:00 p.m.<br>Courtroom:  6C<br>Address:    411 West Fourth Street<br>                   Santa Ana, CA 92701 |

A hearing was held on May 11, 2020, at 2:00 p.m., before the Honorable Mark S. Wallace, United States Bankruptcy Judge for the Central District of California, in Courtroom 6C of the United States Courthouse, located at 411 West Fourth Street, Santa Ana, California, 92701, on the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Personal Property Assets Free and Clear of Liens and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Proposed Buyer as Good-Faith Purchaser Pursuant to

- 1 -

11 U.S.C. § 363(m) filed by Weneta M.A. Kosmala, the Chapter 7 trustee on April 20, 2020 as Docket No. 48 (the "<u>Motion</u>").  Appearances were made as noted on the record.

    The Court, having read and considered the Motion, Debtor's opposition thereto, the pleadings, papers and evidence submitted by the parties, having heard and considered the arguments and statements of counsel at the hearing on the Motion, and for the reasons stated on the record,

    **IT IS ORDERED** that the Motion is denied without prejudice; and

    **IT IS FURTHER ORDERED** that no renewed Motion may be filed prior to October 31, 2020.

###

Date: May 20, 2020

Mark S. Wallace
United States Bankruptcy Judge

- 2 -